UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-CR-60032-Singhal/Strauss

15 U.S.C. § 1

UNITED STATES OF AMERICA

v.

GREGG WALLICK,

Defendant.

_____/

FILED BY RPB D.C.

FEB 09 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## INFORMATION

The United States Attorney charges that:

### General Allegations

At all times material to this Information:

1. Company 1 was a commercial roofing company organized under the laws of Florida, with its principal place of business located in Fort Lauderdale, Florida. Defendant GREGG WALLICK was a resident of Florida and an owner of Company 1 during the relevant period.

2. Company 2 was a commercial roofing company in Florida and competitor to Company 1 for commercial roofing contracts and related services.

3. Whenever in this Information reference is made to any act, deed, or transaction of any company, the allegation means that the company engaged in the act, deed, or transaction by or through its officers, directors, agents, employees, or other representatives while they were actively engaged in the management, direction, control, or transaction of its business or affairs.

4. Company 1 provided a range of commercial roofing services to customers in the State of Florida, including to customers in the Southern District of Florida. These commercial roofing services included, but were not limited to, installation and repair of flat and sloped roofs on commercial facilities.

5. During the relevant period, potential customers solicited bids from providers of commercial roofing services. Potential customers typically required bids from at least two or more providers of commercial roofing services and awarded contracts for commercial roofing services after first reviewing and evaluating the bids submitted by commercial roofing services providers.

**Conspiracy to Suppress and Eliminate Competition by Rigging Bids**
**(15 U.S.C. § 1)**

6. Beginning at least in or around September 2020 through at least in or around February 2022, the exact dates being unknown to the United States Attorney, in the Southern District of Florida, the defendant,

**GREGG WALLICK,**

entered into and engaged in a combination and conspiracy with agents and employees of Company 2 and other co-conspirators to suppress and eliminate competition by agreeing to rig bids for commercial roofing contracts in the State of Florida. The combination and conspiracy engaged in by the defendant and his co-conspirators was a *per se* unlawful, and thus unreasonable, restraint of interstate trade and commerce in violation of Section 1 of the Sherman Act (15 U.S.C. § 1).

7. The charged combination and conspiracy consisted of a continuing agreement, understanding, and concert of action among the defendant and his co-

conspirators, the substantial terms of which were to rig bids for contracts to provide commercial roofing services in the State of Florida.

## Manner and Means of the Conspiracy

For the purpose of forming and carrying out the charged combination and conspiracy, the defendant and his co-conspirators did those things that they combined and conspired to do, including, among other things:

8. Engaged in conversations and communications with employees and executives of Company 2 and others regarding which commercial roofing contracts each company wanted to win and agreed to rig bids for commercial roofing contracts in each other's favor;

9. Agreed which company would submit an intentionally higher, losing bid;

10. Acted by having the agreed-upon co-conspirator solicit intentionally higher, non-competitive bids from the agreed-upon losing co-conspirator;

11. Acted by having agreed-upon co-conspirator provide the agreed-upon losing co-conspirator with the price they intended to bid, and the agreed-upon losing co-conspirator used that information to craft a higher-priced, non-competitive bid;

12. Submitted rigged bids to customers in the Southern District of Florida and elsewhere; and

13. Were awarded contracts and received payments for commercial roofing services where rigged bids were submitted.

## Trade and Commerce

14. During the relevant period, the defendant and his co-conspirators provided commercial roofing services in a continuous and uninterrupted flow of interstate trade and commerce. In addition, records and documents necessary for the sale and provision of such services, as well as payments for those services, traveled in interstate commerce.

15. During the relevant period, the business activities of the defendant and his co-conspirators in connection with the provision of commercial roofing services were within the flow of, and substantially affected, interstate trade and commerce.

All in violation of Title 15, United States Code, Section 1.

JASON A. REDING QUIÑONES
United States Attorney
Southern District of Florida

Abigail Slater
Assistant Attorney General
Antitrust Division
United States Department of Justice

Ronald P. Fiorillo II
Daniel A. Loveland, Jr.
Lara Trager
Antitrust Division
Washington Criminal Section
United States Department of Justice

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 26-CR-60032 Singhal/Strauss

v.

GREGG WALLICK,

**CERTIFICATE OF TRIAL ATTORNEY**

_____ /
               Defendant.

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
☐ Miami   ☐ Key West   ☐ FTP
☑ FTL     ☐ WPB

I do hereby certify that:
1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect: _____

4. This case will take __0__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)                (Check only one)
   I   ☑ 0 to 5 days               ☐ Petty
   II  ☐ 6 to 10 days              ☐ Minor
   III ☐ 11 to 20 days             ☐ Misdemeanor
   IV  ☐ 21 to 60 days             ☑ Felony
   V   ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Judge _____ Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: _Trevor Jones_ Trevor Jones for
RONALD FIORILLO
DOJ Trial Attorney
SDFL Court ID No. A5503452

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** Gregg Wallick

**Case No:** 26-CR-60032 Singhal/Strauss

Count #: 1

Conspiracy to Suppress and Eliminate Competition by Rigging Bids

15 U.S.C. § 1
* **Max. Term of Imprisonment:** 10 years
* **Mandatory Min. Term of Imprisonment (if applicable):** n/a
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $1,000,000

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 26-CR-60032 Singhal/Strauss |
| GREGG WALLICK, | ) | |
| | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 2/4/2026

_Defendant's signature_

_Signature of defendant's attorney_

Jesus M. Suarez; Lazaro P. Fields
_Printed name of defendant's attorney_

_Judge's signature_

_Judge's printed name and title_